**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Salvador Gustavo GONZALEZ–CASILLAS, Defendant–Appellant.**

**No. 02–10127.**

**D.C. No. CR–01–00080–HDM.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 7, 2002.[*]

Decided Oct. 10, 2002.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

## MEMORANDUM**

Salvador Gustavo Gonzalez–Casillas appeals the 46–month sentence imposed following his guilty plea conviction for unlawful reentry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We review de novo the district court's interpretation and application of the Sentencing Guidelines, *United States v. Franklin,* 235 F.3d 1165, 1168 (9th Cir.2000), and we affirm.

Gonzalez–Casillas contends that his prior Nevada conviction for conspiracy to commit robbery does not qualify as a crime of violence warranting enhancement under U.S.S.G. § 2L1.2(b)(1)(A). We disagree. *See* 18 U.S.C. § 16; U.S.S.G. § 2L1.2, application notes 1(B)(ii)(II) & 4; Nev.Rev.Stat. § 199.480.

Gonzalez–Casillas also contends that the district court erred by imposing a consecutive sentence under U.S.S.G. § 5G1.3(c), rather than a concurrent sentence under U.S.S.G. § 5G1.3(b). Upon review of the record, we find no error. *See United States v. Kimble,* 107 F.3d 712, 714–15 (9th Cir.1997).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).